IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | | |
|---|---|---|
| TUONG B. VAN, M.D., | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | NO. 3:99-CV-0311-P |
| | § | |
| ALLAN ANDERSON, M.D., ET AL., | § | |
| | § | |
| Defendants. | § | |

### FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order filed on March 7, 2002 the Court issues judgment as follows:

It is **ORDERED**, **ADJUDGED** and **DECREED** that Plaintiff takes nothing from his claims against Defendants and costs incurred by Defendants shall be assessed against Plaintiff.

**IT IS SO ORDERED.**

Signed this 7th day of March 2002, at Dallas, Texas.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE